UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS VULLO,

                                    Plaintiff,

                    -v.-

NATIONAL DEBT RELIEF LLC, DANIEL
TILIPMAN, and ALEX KLEYNER,

                                    Defendants.

18 Civ. 7126 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' proposed settlement agreement

(Dkt. #26). After reviewing the agreement in light of *Cheeks* v. *Freeport*

*Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez* v. *Nights of Cabiria*, 96

F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky* v. *Scholastic Inc.*, 900 F. Supp.

2d 332 (S.D.N.Y. 2012), the Court finds that the settlement is fair.

The Court notes that the attorneys' fees, as represented in the parties'

letter accompanying the proposed settlement agreement, were calculated using

the percentage method and represent one-third of the gross settlement

amount, plus costs. While the Court finds those fees to be reasonable, the

Court does not make any finding as to the reasonableness of counsel's hourly

rate.

Accordingly, and as requested by the parties, this case is DISMISSED

WITH PREJUDICE. The Clerk of Court is directed to terminate all pending

motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   May 7, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge